FILED
CLERK, U.S. DISTRICT COURT

MAY 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　PLAINTIFF<br>　　　　v.<br><br>DAVID RIOS PINA<br><br>　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>ED13-0170 M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __DEFENSE__, IT IS ORDERED that a detention hearing is set for __THURSDAY, MAY 16, 2013__, at __11__ ☒a.m. / ☐p.m. before the Honorable __DAVID T. BRISTOW__, in Courtroom __4__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　(Other custodial officer)

Dated: __5/15/13__　　　　　　　　　　　　　_/s/_ _____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge/Magistrate Judge