

FILED
CLERK, U.S. DISTRICT COURT
MAY 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. DAVID RIOS PINA DEFENDANT(S). | CASE NUMBER ED13-0170M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **DEFENDANT**, IT IS ORDERED that a detention hearing is set for **FRIDAY MAY 17, 2013**, at **3** ☐ a.m. / ☒ p.m. before the Honorable **DAVID T. BRISTOW**, in Courtroom **4**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **5/16/13**

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                 Page 1 of 1